UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAJAY CUMMINGS,

                    Plaintiff,

        -against-

JOHN DOE OMH PROVIDER, et al.,

                    Defendants.

24-CV-5506 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 24, 2024, the Court directed Plaintiff, within 30 days, to pay the $405.00 in fees required to file a civil action in this court or to submit a completed request to proceed *in forma pauperis* ("IFP") and prisoner authorization. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not paid the fees or filed an IFP application and prisoner authorization. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment dismissing this action.

SO ORDERED.

Dated:    September 23, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge